Edward Manibusan (F0131)
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: robby_glass@cnmioag.org

*Attorney for Defendant The Commonwealth of the Northern Mariana Islands*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC** | **CIVIL CASE NO. 1:24-cv-00002** |
| **Plaintiff,** | |
| v. | |
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; ARNOLD PALACIOS, Governor of CNMI, in his official and personal capacities; EDWARD C. DELEON GUERRERO, Chairman of CCC, in his official and personal capacities; RAFAEL S. DEMAPAN, Vice Chairman of CCC, in his official and personal capacities; MARIANO TAITANO, Commissioner of CCC, in his official and personal capacities; MARTIN MENDIOLA, Commissioner of CCC, in his official and personal capacities; RAMON M. DELA CRUZ, Commissioner of CCC, in his official and personal capacities; and ANDREW YEOM, Executive Director of CCC, in his official and personal capacities.** | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| **Defendants.** | |

Pursuant to Civil Local Rule 83.4(c), Chief Solicitor, J. ROBERT GLASS, JR. hereby substitutes in for CARL DELA CRUZ as counsel of record for the Commonwealth of the Northern Mariana Islands in this action. This Notice of Substitution is signed by the Defendant,

the attorney ceasing to act, and the newly appointed attorney in compliance with Local Rule 83.4(c)(1).

Respectfully submitted: April 3, 2024

    OFFICE OF THE ATTORNEY GENERAL
    EDWARD MANIBUSAN
    ATTORNEY GENERAL

    */s/ J. Robert Glass, Jr.*
    J. ROBERT GLASS, JR. (F0523)
    Chief Solicitor

    */s/ Carl Dela Cruz*
    CARL DELA CRUZ (F0525)
    Assistant Attorney General

    */s/ Edward Manibusan*
    EDWARD MANIBUSAN (F0131)
    Attorney General
    Commonwealth of the Northern Mariana Islands

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed on April 3, 2024, with service requested to all parties of record.

    */s/ J. Robert Glass, Jr.*
    J. ROBERT GLASS, JR. (F0523)
    Chief Solicitor