OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
Attorney General
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950
Telephone: 670-237-7500
Email: carl_delacruz@cnmioag.org
*Attorneys for Defendants Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon Dela Cruz, in their official and personal capacities.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, ARNOLD PALACIOS, GOVERNOOR OF CNMI, in his official and personal capacities, et. al.,<br><br>   Defendants. | CIVIL CASE NO. 1:24-cv-00002<br><br>**DEFENDANTS DEMAPAN AND TAITANO'S OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT** |

**To the Clerk of Court:**

Defendants Rafael S. Demapan and Mariano Taitano respectfully submit this Opposition to Plaintiff's Request for Entry of Default (ECF No. 15).

**Background**

On March 22, 2024, this Court granted a joint motion by Defendants Andrew Yeom and Arnold Palacios, in their official and personal capacities, for an extension to answer or otherwise respond to Plaintiff's Complaint. ECF No. 13.

The Court stated the motion "requests additional time given the number of defendants named in the Complaint on the grounds that time was needed to assign counsel in a manner intended to ensure no conflicts in representation and notes the judicial efficiencies in aligning the deadlines." ECF No. 13. Plaintiff did not object to the request. *See* ECF No. 13.

Finding good cause, the Court granted the request and ordered that "Defendants shall answer or otherwise respond to Plaintiff's Complaint on or before April 25, 2024." ECF No. 13.

Thus, Defendants—including Defendant Rafael S. Demapan and Defendant Mariano Taitano—are ordered to answer or otherwise respond to the Complaint on or before April 25, 2024. In defiance or misunderstanding of the Court's order, however, Plaintiff on March 28, 2024 filed the Request for Entry of Default as to Defendants Rafael S. Demapan and Mariano Taitano. *See* ECF No. 15.

**Conclusion**

Accordingly, Defendants Rafael S. Demapan and Mariano Taitano respectfully request the Clerk of Court to deny Plaintiff's motion as premature or in contravention of the Court's Order (ECF No. 13). .

Respectfully submitted,

OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
Attorney General

Date:   April 11, 2024                    */s/ Carl Dela Cruz*
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Attorney for Defendants
Edward C. Deleon Guerrero,
Rafael S. Demapan,
Mariano Taitano,
Ramon M. Dela Cruz, and
Martin Mendiola,
in their official and personal capacities