Edward Manibusan (F0131)
Attorney General
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: carl_delacruz@cnmioag.org
*Attorneys for Defendants Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon M. Dela Cruz, in their official and personal capacities*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC** | **CIVIL CASE NO. 1:24-cv-00002** |
| **Plaintiff,** | |
| v. | |
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; ARNOLD PALACIOS**, Governor of CNMI, in his official and personal capacities; **EDWARD C. DELEON GUERRERO**, Chairman of CCC, in his official and personal capacities; **RAFAEL S. DEMAPAN**, Vice Chairman of CCC, in his official and personal capacities; **MARIANO TAITANO**, Commissioner of CCC, in his official and personal capacities; **MARTIN MENDIOLA**, Commissioner of CCC, in his official and personal capacities; **RAMON M. DELA CRUZ**, Commissioner of CCC, in his official and personal capacities; and **ANDREW YEOM**, Executive Director of CCC, in his official and personal capacities. | **NOTICE OF APPEARANCE** |
| **Defendants.** | |

COME NOW, the Office of the Attorney General and enters the appearance of the undersigned counsel as an attorney who will participate on behalf of Defendants Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon M. Dela

1  Cruz, in their official and personal capacities.

3  Respectfully submitted: April 12, 2024                    OFFICE OF THE ATTORNEY GENERAL

/s/ *Carl Dela Cruz*
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Attorney for Defendants
Edward C. Deleon Guerrero,
Rafael S. Demapan,
Mariano Taitano,
Martin Mendiola, and
Ramon M. Dela Cruz, in their
official and personal capacities