Bruce Berline, Esq.
Law Office of Bruce Berline LLC
Security Title Building, Second Floor
Isa Drive, Capitol Hill
P. O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Tel: (670) 233-3663
Email: bberline@gmail.com

Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
Tel:  (646) 854-9061
Email: ah@aaronhalegua.com

*Attorneys for Defendant Arnold Palacios in his Personal Capacity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Commonwealth of the Northern Mariana Islands, *et al.*,<br><br>                    Defendants. | Case No. 24-cv-00002<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT ARNOLD PALACIOS IN HIS PERSONAL CAPACITY**<br><br>Hearing date: n/a<br>Hearing time: n/a<br>Judge: Hon. David O. Carter |

Plaintiff Imperial Pacific International (CNMI) LLC and Defendant Governor Arnold Palacios (the "Parties"), hereby stipulate and agree, through their undersigned counsel:

1. All of Plaintiff's claims against Defendant Arnold Palacios, in his personal capacity, in the above-captioned matter shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), with each of the Parties to bear their own attorneys' fees and costs, subject to approval by the Court.

Respectfully submitted this 22nd day of April, 2024.

SIGNATURES:

\_\_\_\_\_/s/_____
Michael Chen
Attorney for Plaintiff Imperial Pacific International (CNMI) LLC

\_\_\_\_\_/s/_____
Aaron Halegua
Attorney for Defendant Arnold Palacios, in his personal capacity

\_\_\_\_\_/s/_____
Bruce Berline
Attorney for Defendant Arnold Palacios, in his personal capacity