IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court
APR 24 2024
for the Northern Mariana Islands
By_____JP_____
(Deputy Clerk)

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, | Case No. 24-cv-00002 |
| Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT ARNOLD PALACIOS IN HIS PERSONAL CAPACITY |
| Commonwealth of the Northern Mariana Islands, *et al.*, | |
| Defendants. | |

Plaintiff Imperial Pacific International (CNMI) LLC and Defendant Governor Arnold Palacios (together, the "Parties") filed a stipulation, dated April 22, 2024, for the dismissal with prejudice of all of Plaintiff's claims against Defendant Palacios, in his personal capacity, in the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(2). (ECF No. 20). The Court considers the terms of the parties' stipulation of dismissal proper. Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), the Court DISMISSES WITH PREJUDICE Plaintiff's claims against Defendant Palacios, in his personal capacity, with each of the Parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED on this 22nd day of April, 2024.

*David O. Carter*
David O. Carter
Designated Judge