1
2
3
4
5

Brendan Layde (F0530)
Legal Counsel
Office of the Governor
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 789-5406
Email: brendan.layde@gov.mp

6

*Attorney for Defendant Arnold Palacios in his Official Capacity*

7
8

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

9

Imperial Pacific International (CNMI) LLC,

10

Plaintiff,

11

v.

12
13
14
15
16
17
18
19
20

Commonwealth of the Northern Mariana
Islands;
Arnold Palacios, Governor of CNMI, in his
official and personal capacities;
Edward Deleon Guerrero, Chairman of CCC, in
his official and personal capacities;
Rafael S. Demapan, Vice Chairman of CCC, in
his official and personal capacities;
Mariano Taitano, Commissioner of CCC, in his
official and personal capacities;
Martin Mendiola, Commissioner of CCC, in his
official and personal capacities;
Ramon M. Dela Cruz, Commissioner of CCC,
in his official and personal capacities;
Andrew Yeom, Executive Director of CCC, in
his official and personal capacities,

21

Defendants.

**CIVIL CASE NO. 1:24-cv-00002**

**MOTION TO DISMISS COMPLAINT AS
TO DEFENDANT ARNOLD PALACIOS
IN HIS OFFICIAL CAPACITY
PURSUANT TO RULE 12(b)(6) OF THE
FEDERAL RULES OF CIVIL
PROCEDURE**

Hearing date:

Hearing time:

Judge: Hon. David O. Carter

22
23
24
25
26
27
28

1    Defendant Arnold Palacios, Governor of CNMI, in his official capacity, hereby moves, pursuant

2    to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the above-captioned action to be

3    dismissed with prejudice as against him.

4

5    Pursuant to Appendix A of this Court's Local Rules, service of this motion is accomplished on

6    all parties and counsel by the *Notice of Electronic Filing*.

7

8    Dated: April 25, 2024

           Respectfully submitted,

9

           OFFICE OF THE GOVERNOR

10

11

           _____/s/_____

           Brendan Layde

12

           Legal Counsel

           Attorney for Defendant Arnold Palacios in

13

           his Official Capacity

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28