Edward Manibusan (F0131)
Attorney General
J. Robert Glass, Jr. (F0523)
Chief Solicitor
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: robby_glass@cnmioag.org

*Attorney for Defendant The Commonwealth of the Northern Mariana Islands*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,**<br><br>**Defendants.** | **CIVIL CASE NO. 1:24-cv-00002**<br><br>**THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1) and (6)**<br><br>Hearing Date:<br>Hearing Time:<br>Judge: Hon. David O. Carter |

Defendant, The Commonwealth of the Northern Mariana Islands, by and through its counsel of record, Chief Solicitor, J. Robert Glass, Jr., moves this Court to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) and (6). This Motion is accompanied by a legal memorandum of points and authorities. *See* Local Rule 7.1(b).

Respectfully submitted: April 25, 2024

OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
ATTORNEY GENERAL

/s/ *J. Robert Glass, Jr.*
J. ROBERT GLASS, JR. (F0523)
Chief Solicitor

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed on April 25, 2024, with service requested to all parties of record.

/s/ *J. Robert Glass, Jr.*
J. ROBERT GLASS, JR. (F0523)
Chief Solicitor

2