Edward Manibusan (F0131)
Attorney General
Alison Nelson (T0160)
Assistant Attorney General
Office of the Attorney General
Hon. Juan A. Sablan Mem. Bldg., 2nd Floor
Saipan, MP 96950-8907
Tel: (670) 237-7500
Fax: (670) 664-2349
Email: alison_nelson@cnmioag.org

*Attorney for Defendant Andrew Yeom
in his official and personal capacities*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br><br>**Plaintiff,**<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; ARNOLD PALACIOS, Governor of CNMI, in his official and personal capacities; EDWARD C. DELEON GUERRERO, Chairman of CCC, in his official and personal capacities; RAFAEL S. DEMAPAN, Vice Chairman of CCC, in his official and personal capacities; MARIANO TAITANO, Commissioner of CCC, in his official and personal capacities; MARTIN MENDIOLA, Commissioner of CCC, in his official and personal capacities; RAMON M. DELA CRUZ, Commissioner of CCC, in his official and personal capacities; and ANDREW YEOM, Executive Director of CCC, in his official and personal capacities.<br><br>**Defendants.** | CIVIL CASE NO. 1:24-cv-00002<br><br>**DEFENDANT ANDREW YEOM'S MOTION TO DISMISS COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(6)**<br><br>Hearing Date:<br>Hearing Time:<br>Judge: Hon. David O. Carter |

COMES NOW, Defendant Andrew Yeom, Executive Director of the Commonwealth Casino Commission, in his official and personal capacities, by and through undersigned counsel, and hereby moves this Court to dismiss Plaintiff's Complaint as to Defendant Yeom

pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This Motion is accompanied by a legal memorandum of points and authorities. *See* LR 7.1(b).

Dated: April 25, 2024                                              OFFICE OF THE ATTORNEY GENERAL

/s/
Alison M. Nelson (T0160)
Assistant Attorney General

*Attorney for Defendant Andrew Yeom*
*in his official and personal capacities*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion was electronically filed on April 25, 2024, with service requested to all parties of record.

/s/
Alison M. Nelson (T0160)
Assistant Attorney General

*Attorney for Defendant Andrew Yeom*
*in his official and personal capacities*