Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Pro Hac Vice*

Attorneys for Plaintiff IPI (CNMI) LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, Best Sunshine International (BVI) Ltd.;<br><br>Plaintiffs,<br><br>Vs.<br><br>Commonwealth of the Northern Mariana Islands, Commonwealth Casino Commission, Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities; and Does 1-5, all inclusive;<br><br>Defendants. | Case No. 1:24-cv-00002<br><br>**REQUEST FOR ENTYR OF DEFAULT** |

## To: Clerk of Court

Plaintiffs Imperial Pacific International (CNMI) LLC, ("IPI") and Best Sunshine International (BVI) Ltd. request the entry of default as to Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities, pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend within the time permitted by Rule 12(a). A sworn declaration in support of this request is attached hereto.

Respectfully submitted this June 7th, 2024.

By: /s/ Stephen Nutting
Stephen Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950

Michael Chen
By: /s/ Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Pro Hac Vice*

Attorneys for Plaintiffs
IMPERIAL PACIFIC INTERNATIONAL(CNMI), LLC, Best Sunshine International (BVI) Ltd.