Stephen J. Nutting
Law Office of Stephen J. Nutting
6th Floor Marianas Business Plaza
P.O. Box 5093 Saipan, MP 96950
Michael Chen
Michael Chen Law Offices
7330 Edna Ave.
Las Vegas, NV 89117
*Pro Hac Vice*
Attorneys for Plaintiff IPI (CNMI) LLC,
*and* Best Sunshine International (BVI) Ltd.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| Imperial Pacific International (CNMI) LLC, Best Sunshine International (BVI) Ltd.;<br><br>Plaintiffs,<br><br>Vs.<br><br>Commonwealth of the Northern Mariana Islands, Commonwealth Casino Commission, Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities; and Does 1-5, all inclusive;<br><br>Defendants. | Case No. 1:24-cv-00002<br><br>**DECLARATION OF MICHAEL CHEN** |

I, Michael Chen, declare as follows:

1. I am above the age of 18 and am competent to testify as to the matters stated herein.

2. I am attorney of record (pro hac vice) for plaintiff in the above captioned matter.

3. As shown by proofs of service attached to this Declaration as **Exhibit 1**, Defendants Edward C. Deleon Guerrero, Chairman of CCC, in his official and personal capacities; Rafael S. Demapan, Vice Chairman of CCC, in his official and personal capacities; Mariano Taitano, Commissioner of CCC, in his official and personal capacities were served with the First Amended Complaint in this matter on May 9, 2024.

**4.** The First Amended Complaint were served upon the attorney of record for the three defendants. Mr. Carl Allen Flores Dela Cruz, through the ECF System, See **Exhibit 1.**

5. More than 21 days have passed since these three defendants were served with the First Amended Complaint, and neither of them have served a responsive pleading or filed a motion within the time provided by Rule 12(a) of the Federal Rules of Civil Procedure.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on June 6, 2024, in Fruitland, Utah.

        Michael Chen
        By: /s/ Michael Chen
        Michael Chen Law Offices
        7330 Edna Ave.
        Las Vegas, NV 89117
        *Pro Hac Vice*

        Attorneys for Plaintiffs
        IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, Best Sunshine International (BVI) Ltd.

# EXHIBIT 1

**Thursday, June 6, 2024 at 17:33:03 Mountain Daylight Time**

| | |
|---|---|
| **Subject:** | Activity in Case 1:24-cv-00002 Imperial Pacific International (CNMI) LLC v. Commonwealth of the Northern Mariana Islands et al |
| **Date:** | Wednesday, May 8, 2024 at 12:00:37 PM Mountain Daylight Time |
| **From:** | ecf-nmid@nmid.uscourts.gov |
| **To:** | ecf-nmid@nmid.uscourts.gov |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Northern Mariana Islands

## Notice of Electronic Filing

The following transaction was entered by Chen, Michael on 5/9/2024 at 3:59 AM GMT+10 and filed on 5/9/2024

| | |
|---|---|
| **Case Name:** | Imperial Pacific International (CNMI) LLC v. Commonwealth of the Northern Mariana Islands et al |
| **Case Number:** | [1:24-cv-00002](#) |
| **Filer:** | Imperial Pacific International (CNMI) LLC |
| **Document Number:** | [26](#) |

**Docket Text:**
**First AMENDED COMPLAINT against Commonwealth of the Northern Mariana Islands, Edward C Deleon Guerrero, Rafael S Demapan, Mariano Taitano, Commonwealth Casino Commission with Jury Demand, filed by Imperial Pacific International (CNMI) LLC. (Attachments: # (1) Exhibit, # (2) Exhibit, # (3) Exhibit) (Chen, Michael)**

**1:24-cv-00002 Notice has been electronically mailed to:**

Aaron Halegua      ah@aaronhalegua.com

Alison M. Nelson      alison_nelson@cnmioag.org, alisonmnelson@gmail.com, nory_pamintuan@cnmioag.org, sephora_william@cnmioag.org, tina_deleonguerrero@cnmioag.org

Bruce L. Berline      bberline@gmail.com, acamacho@mlsg.law, luvi@saipanlaw.com

Carl Allen Flores Dela Cruz    carl_delacruz@cnmioag.org, nory_pamintuan@cnmioag.org, tina_deleonguerrero@cnmioag.org

John Brendan Layde    brendan.layde@gov.mp

Jonathan Robert Glass, Jr.    robby_glass@cnmioag.org, boomlawyered@recap.email, nory_pamintuan@cnmioag.org, sephora_william@cnmioag.org

Michael Chen    michael@michaelchenlaw.com

Stephen J. Nutting    stephen_nutting@yahoo.com, enrico.sjnlaw@gmail.com

**1:24-cv-00002 Notice will be delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=5/9/2024] [FileNumber=288292-0]
[7600f2ae1804c92c69aec558a1451b09cb158f87a0147a8e20a26f025bffe21badb26
35b41d558b2e782b58a0a3240bd49ef2bf6cae4cf75221d74c96cdd1120]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=5/9/2024] [FileNumber=288292-1]
[3fcbdd1a4c3c6b4015aa5c591557f822473a05cabbb7e74bf17146bb8acb70017607f
211a10d875b7e25b0f88ef5df9e7fd885f6a89281114d5ff89da0692223]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=5/9/2024] [FileNumber=288292-2]
[911df33232f221a0365223f69fcdaab13e3d5b37d1c4e76ea6999b9537a4162172afa
36030db1f16c41a6c06e5e22da460285480503b1185dfa9c02d49967411]]
**Document description:** Exhibit
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=5/9/2024] [FileNumber=288292-3]
[1af31a43f8e82391c2aaa9d50d6cd0b6b516a24b9aa71c080e96ffda32e08e5b83693
74f71825aaad930ddb06c999039dd3ff322faae2002a5e247c9ff10a35f]]