OFFICE OF THE ATTORNEY GENERAL
EDWARD MANIBUSAN
Attorney General
Carl F. Dela Cruz (F0525)
Assistant Attorney General
Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
Caller Box 10007, Capital Hill
Saipan, MP 96950
Telephone: 670-237-7500
Email: carl_delacruz@cnmioag.org
Attorneys for Defendants
*Commonwealth Casino Commission, Edward C. Deleon Guerrero, Rafael S. Demapan, and Mariano Taitano*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| IMPERIAL PACIFIC INTERNATIONAL (CNMI) LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, et. al.,<br><br>　　　　Defendants. | CIVIL CASE No. 24-00002<br><br>**DEFENDANTS COMMONWEALTH CASINO COMMISSION, EDWARD C. DELEON GUERRERO, RAFAEL S. DEMAPAN, AND MARIANO TAITANO's MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**HEARING DATE / TIME**<br>**JULY 25, 2024 9:30 A.M.** |

　　　　Defendants Commonwealth Casino Commission, Edward C. Deleon Guerrero, Rafael S. Demapan, and Mariano Taitano, in their official and personal capacities, respectfully move to dismiss this above-captioned case pursuant to Federal Rule of Civil Procedure 12(b)(1).

　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　OFFICE OF THE ATTORNEY GENERAL
　　　　　　　　　　　　　　　　　　　EDWARD MANIBUSAN
　　　　　　　　　　　　　　　　　　　Attorney General

Date:　June 11, 2024　　　　　　　　/s/ Carl Dela Cruz

1

Carl F. Dela Cruz (F0525)
Assistant Attorney General
Attorney for Defendants
Commonwealth Casino Commission
Edward C. Deleon Guerrero
Rafael S. Demapa
Mariano Taitano