FILED
Clerk
District Court

JUL 19 2024

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, BEST SUNSHINE INTERNATIONAL (BVI) LTD.,

               Plaintifs,

    v.

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, *ET AL.*,

              Defendants.

Case No. 1:24-cv-00002

## ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS AS MOOT

Because Plaintiffs Imperial Pacific International (CNMI), LLC, and Best Sunshine International, Ltd., filed their First Amended Complaint (ECF No. 26) on May 9, 2024, Defendants Arnold Palacios, Commonwealth of the Northern Mariana Islands ("CNMI"),[1] Andrew Yeom, Edward C. Deleon Guerrero, Rafael S. Demapan, Mariano Taitano, Martin Mendiola, and Ramon M. Dela Cruz's Motions to Dismiss Plaintiffs' Complaint are hereby MOOT. (ECF Nos. 22-25.)

IT IS SO ORDERED this 19th day of July 2024.

DAVID O. CARTER
Designated Judge

---

[1] Although the CNMI seeks to dismiss Plaintiffs' first amended complaint in the title of its Motion (ECF No. 23), it was filed prior to Plaintiffs' filing of their First Amended Complaint. As such, the Court construes CNMI's motion as referring to Plaintiffs' Complaint. (ECF No. 1.)